IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARLON WATSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-05-712-M |
| | ) |
| HASKELL HIGGINS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On September 30, 2005, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that respondents' motion to dismiss the petition for failure to exhaust state court remedies [docket no. 10] be denied and that the claims in the petition be denied. The parties were advised of their right to object to the Report and Recommendation by October 20, 2005. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 30, 2005;
(2) DENIES respondents' motion to dismiss [docket no. 10];
(3) DENIES petitioner's petition for a writ of habeas corpus, and
(4) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 7th day of November, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE